IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. __11-___ |
| v. : | |
| | DATE FILED: __8/2/11__ |
| SON HOANG LE : | |
| | VIOLATIONS: |
| : | 21 U.S.C. § 841(a)(1), (b)(1) (possession of controlled substance with intent to |
| : | distribute - 1 count) |
| | 18 U.S.C. § 2 (aiding and abetting) |

I N F O R M A T I O N

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 14, 2011, in Philadelphia, in the Eastern District of Pennsylvania, and elsewhere, defendant

SON HOANG LE

knowingly and intentionally possessed with intent to distribute, and aided and abetted the possession with intent to distribute of, a mixture and substance containing a detectable amount of 3,4-methylenedioxymethamphetamine ("MDMA" or "ecstasy"), that is, approximately 20,000 tablets, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1), and Title 18, United States Code, Section 2.

ZANE DAVID MEMEGER
*United States Attorney*