IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA



INFORMATION

*11-425*

DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff:   615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4476

Post Office:   Philadelphia            County:   Philadelphia

City and State of Defendant:   Ontario, Canada

County:   _____            Register number:   _____

Place of accident, incident, or transaction:   Eastern District of Pennsylvania

Post Office:   _            County:   __

RELATED CASE, IF ANY:

Criminal cases are deemed related when the answer to the following question is "yes".

Does this case involve a defendant or defendants alleged to have participated in the same action or transaction, or in the same series of acts or transactions, constituting an offense or offenses?

YES/NO:      NO

Case Number:          Judge:

CRIMINAL:   (Criminal Category - FOR USE BY U.S. ATTORNEY ONLY)
1.      ()      Antitrust
2.      ()      Income Tax and other Tax Prosecutions
3.      ()      Commercial Mail Fraud
4.      (X)     Controlled Substances
5.      ()      Violations of 18 U.S.C. Chapters 95 and 96 (Sections 1951-55 and 1961-68) and
               Mail Fraud other than commercial
6.      ()      General Criminal
               (U.S. ATTORNEY WILL PLEASE DESIGNATE PARTICULAR CRIME AND
               STATUTE CHARGED TO BE VIOLATED AND STATE ANY PREVIOUS
               CRIMINAL NUMBER FOR SPEEDY TRIAL ACT TRACKING PURPOSES)
21 U.S.C. § 8419(a)(1),(b)(1) (possession of controlled substance with intent to distribute-1 count), 18 U.S.C. § 2 (aiding and abetting)

DATE:   8/2/11

FILED AUG 0 2 2011

Danny A. Velez
Assistant United States Attorney

File No. 2011R00475
U.S. v. Son Hoang Le