Waiver of Indictment

## UNITED STATES DISTRICT COURT

## FOR THE

## EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA            :

      v.                                        :            CRIMINAL NO.  11-425

SON HOANG LE                         :

SON HOANG LE, the above named defendant, who is accused of

21 U.S.C. § 841(a)(1), (b)(1)(C)

being advised of the nature of the charge and his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
SON HOANG LE, Defendant,

_____
Witness,

August 01, 2011
Date

_____
EARL G. KAUFFMAN, Counsel for Defendant,